**FILED**

10/07/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0526

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0526

_____

STATE OF MONTANA,

     Plaintiff and Appellee,

   v.                                 O R D E R

THOMAS WILLIAM PRICE,

     Defendant and Appellant.

_____

Appellant Thomas Price, by counsel, has filed a second motion for a 60-day extension of time within which to file the reply brief.

On August 11, 2020, the Court granted a 60-day motion for extension and included no further extensions would be granted in the Order. Without reference to the first extension, counsel has now moved for a second 60-day extension.

IT IS HEREBY ORDERED that motion is DENEID.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 7 2020